# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 07-1857/2457

_____

Janis Schmidt,                                    *
                                                  *
            Appellant,                            *
                                                  *
      v.                                          *
                                                  *   Appeals from the United States
Louise Big Boy; Judge Lisa F. Cook;               *   District Court for the
Robert Montileaux; Red Cloud Indian               *   District of South Dakota.
School, also known as Holy Rosary                 *
Mission, also known as Catholic                   *   [UNPUBLISHED]
Church; Father Peter Klink; Captain               *
Milton Bianas; Oglala Sioux Tribe;                *
OST Public Safety; State of South                 *
Dakota; Lance Russell, States                     *
Attorney; James Daggot, Sheriff; Jeff             *
Terrall, Sheriff,                                 *
                                                  *
            Appellees.                            *

_____

Submitted: April 4, 2008
    Filed: April 9, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Janis Schmidt challenges the district court's[1] adverse judgment disposing of her pro se lawsuit. After careful review, we affirm the judgment in case number 07-1857 and we dismiss case number 07-2457 for lack of jurisdiction. *See Berdella v. Delo*, 972 F.2d 204, 207 n.5 (8th Cir. 1992). We also deny all pending motions. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.